James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA TROTMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | No. C 06 1064 MMC<br><br>Before the Honorable Maxine M. Chesney<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:　May 19, 2006<br>Conference Time:　10:30 a.m.<br>Location:　　　　Courtroom 7, 19th Fl. |

For the reasons set forth in the Joint Case Management Conference Statement, the Court hereby continues the May 19, 2006 Case Management Conference ("CMC") to September 22, 2006, at 10:30 a.m., by which time this case may have been transferred to the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation.  In the event this case is not transferred to the MDL far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.

/ / / /

1   IT IS SO ORDERED

2

3   DATED: May 3, 2006

4   _____
    The Honorable Maxine M. Chesney